Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
KATHERINE ROSE DE LA CRUZ

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| KATHERINE ROSE DE LA CRUZ,<br><br>       Plaintiff,<br><br>  v.<br><br>TK CREDIT RECOVERY, D/B/A SMITH AND ASSOCIATES, a California corporation; and ERIC LLEWELLYN KAASA, A/K/A ERIC SMITH, individually and in his official capacity,<br><br>       Defendants. | Case No. 5:18-CV-00132-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, KATHERINE ROSE DE LA CRUZ, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, KATHERINE ROSE DE LA CRUZ, hereby dismisses, with prejudice, all claims made by her against Defendants, TK CREDIT RECOVERY and ERIC LLEWELLYN KAASA, in her Complaint filed herein on January 8, 2018.  Plaintiff further notifies the Court that her dispute with Defendants has been settled.

                                                        CONSUMER LAW CENTER, INC.

Dated:  February 26, 2018                By: /s/ Fred W. Schwinn
                                                            Fred W. Schwinn, Esq.
                                                            Attorney for Plaintiff
                                                            KATHERINE ROSE DE LA CRUZ